IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| RICHARD ENGLAND,             ) | |
|     Plaintiff,          ) | |
|                                  ) | CIVIL ACTION NO. |
| FOSHEE TRUCKING COMPANY,     ) | 3:11cv32-MHT |
| a corporation,              ) | (WO) |
|     Plaintiff-Intervenor,  ) | |
|     v.                      ) | |
| CSX TRANSPORTATION, INC.,    ) | |
| a corporation,              ) | |
|     Defendant.              ) | |

## JUDGMENT

Pursuant to the joint stipulation for dismissal (Doc. No. 17), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 21st day of April, 2011.**

                                      **/s/ Myron H. Thompson**
                              **UNITED STATES DISTRICT JUDGE**